THE OVINGTON BROTHERS COMPANY, Appellant, *v.* CORNELIA M. HENSHAW, Individually and as Executrix of SARAH GRACIE, Deceased, Respondent.

*Ovington Bros. Co.* v. *Henshaw*, 115 App. Div. 886, affirmed.
(Submitted October 17, 1907; decided November 19, 1907.)

APPEAL from a judgment, entered October 24, 1906, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action by a tenant to recover from the landlord the value of buildings erected on the demised premises during the lease.

*George S. Ingraham* for appellant.

*H. C. M. Ingraham* and *Edgar M. Doughty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.